# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| YPF HOLDINGS, INC., § | |
| § | |
| Plaintiff, § | CAUSE NO. 4:14-cv-3695 |
| v. § | |
| § | |
| KARLIN PACIFIC, L.L.C. § | |
| § | |
| Defendant. § | |

## COUNSEL'S ADVISORY

Murray Fogler and the law firm of Fogler, Brar, Ford, O'Neil & Gray, LLP represent defendant Karlin Pacific, LLC. When Plaintiff YPF Holdings, Inc. moved for alternative service on Osvaldo Sortino, neither Karlin Pacific nor its counsel took a position on that motion. The Court's Order Granting Alternative Service permitted YPF to serve Sortino by serving counsel for Karlin Pacific. [Dkt. 68]

On August 31, 2016, a summons and amended complaint were delivered to counsel for Karlin Pacific. Counsel file this advisory to provide notice to the Court and opposing counsel that they did not represent Osvaldo Sortino at the time the summons was purportedly served on counsel, nor have they been engaged to be the attorney in fact or represent in any manner Mr. Sortino in this lawsuit.

Respectfully submitted,

*/s/ Murray Fogler*
Murray Fogler
***Attorney in Charge***
State Bar No. 07207300
S.D. Tex. Bar No. 2003
mfogler@fbfog.com
711 Louisiana Street, Suite 500
Houston, Texas  77002
Tel:  713.481.1010
Fax:  713.574.3224

OF COUNSEL:
**FOGLER, BRAR, FORD, O'NEIL & GRAY LLP**
Jas Brar
State Bar No. 24059483
S.D. Tex. Bar No.  892270
jbrar@fbfog.com
Michelle E. Gray
State Bar No. 24078586
S.D. Tex. Bar No.  2148676
mgray@fbfog.com

**ATTORNEYS FOR DEFENDANT KARLIN PACIFIC, LLC**

## **CERTIFICATE OF SERVICE**

     I hereby certify that on September 6, 2016, a true and correct copy of Counsel's Advisory has been served on all counsel of record by the Electronic Service Provider, if registered, otherwise by email and/or fax, as follows:

Christina E. Ponig
Brett D. Solberg
DLA PIPER, LLP (US)
1000 Louisiana St., Suite 2800
Houston, Texas 77002

                                          */s/ Murray Fogler*
                                         **MURRAY FOGLER**