IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| YPF HOLDINGS INC., <br><br> PLAINTIFF <br><br> V. <br><br> KARLIN PACIFIC, LLC, AND OSVALDO SORTINO, <br><br> DEFENDANTS. | CIVIL ACTION NO. 14-3695 |

## JOINT STATUS UPDATE

Plaintiff YPF Holdings Inc. and Defendant Karlin Pacific, LLC file this Joint Status Update.

The parties are discussing if settlement is possible.

**On behalf of YPF Holdings, Inc. only**: The Court has entered a default against Osvaldo Sortino.  YPF Holdings intends to seek default judgment against Mr. Sortino and file its motion for default judgment no later than March 29, 2017.

Dated: March  24, 2016

Respectfully submitted,

| **DLA PIPER LLP (US)** | **FOGLER, BRAR, FORD, O'NEIL &GRAY LLP** |
|---|---|
| By: *s/ Christina E. Ponig* | */s/ Murray Fogler* |
| Christina E. Ponig | Murray Fogler |
| **Attorney in Charge** | **Attorney in Charge** |
| Texas Bar No. 24041706 | State Bar No. 07207300 |
| Federal Bar No. 600217 | S.D. Tex. Bar No. 2003 |
| Brett D. Solberg | mfogler@fbfog.com |
| Texas Bar No. 24070651 | 711 Louisiana Street, Suite 500 |
| Federal Bar No. 1188910 | Houston, Texas 77002 |
| | Tel: 713.481.1010 |
| 1000 Louisiana Street, Suite 2800 | Fax: 713.574.3224 |
| Houston, TX 77002-5005 | |
| Tel: 713.425.8400 | **ATTORNEYS FOR DEFENDANT KARLIN PACIFIC, LLC** |
| Fax: 713.425.8401 | |
| **ATTORNEYS FOR PLAINTIFF YPF HOLDINGS INC.** | |

## CERTIFICATE OF SERVICE

I certify that, on March 24, 2017, I served this joint status update on counsel of record for Karlin Pacific, LLC, through the court's electronic filing system, in accordance with the Federal Rules of Civil Procedure.

s/ Christina E. Ponig
Christina E. Ponig